Law Offices of Preeti K. Bajwa
Preeti K. Bajwa (SBN 232484)
901 H. Street, Suite 208
Sacramento, CA 95814
(916) 444-7100

Attorney for Defendant
ADAN GONZALEZ-VILLEGAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | No. 2:09-CR-454 FCD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: March 1, 2010 |
|  | TIME: 10:00 a.m. |
| ADAN GONZALEZ-VILLEGAS | JUDGE: Hon. Frank C. Damrell, Jr. |
| Defendant. |  |

It is hereby stipulated and agreed to between the United States of America through Michael Anderson, Assistant U.S. Attorney, and the defendant, ADAN GONZALEZ-VILLEGAS by and through his counsel, PREETI K. BAJWA, Attorney at Law, that the status conference set for Monday, March 1, 2010 be continued to Monday, March 22, 2010 at 10:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Stipulation & Order Gonzalez-Villegas 2.25.10.doc       - 1 -
02/26/10

Accordingly, the parties believe that the continuance should be excluded from the calculation of time under the Speedy Trial Act. The additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

DATED: February 25 2010

                                                  Respectfully submitted,

                                                  /s/ Preeti Bajwa  
                                                PREETI K. BAJWA  
                                                Attorney for Defendant  
                                                ADAN GONZALEZ-VILLEGAS

DATED: February 25, 2010                   BENJAMIN WAGNER  
                                                United States Attorney

                                                 /s/ Michael Anderson  
                                                MICHAEL ANDERSON  
                                                Assistant U.S. Attorney  
                                                Attorney for Plaintiff

**IT IS SO ORDERED.**

DATED: February 26, 2010                   _____  
                                                FRANK C. DAMRELL, JR.  
                                                UNITED STATES DISTRICT JUDGE