1  Law Offices of Preeti K. Bajwa
2  Preeti K. Bajwa (SBN 232484)
3  901 H. Street, Suite 208
   Sacramento, CA 95814
4  (916) 444-7100

5  Attorney for Defendant
6  ADAN GONZALEZ-VILLEGAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | No. 2:09-CR-454 FCD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: March 22, 2010<br>TIME: 10:00 a.m. |
| ADAN GONZALEZ-VILLEGAS | JUDGE: Hon. Frank C. Damrell, Jr. |
| Defendant | |

It is hereby stipulated and agreed to between the United States of America through Michael Anderson, Assistant U.S. Attorney, and the defendant, ADAN GONZALEZ-VILLEGAS by and through his counsel, PREETI K. BAJWA, Attorney at Law, that the status conference set for Monday March 22, 2010 be continued to Monday, April 12, 2010 at 10:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Stipulation & Order Gonzalez-Villegas 3.19.10.doc    - 1 -
03/19/10

1  Accordingly, the parties believe that the continuance should be excluded from the
2  calculation of time under the Speedy Trial Act.  The additional time is necessary to ensure
3  effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §
4  3161(h)(8)(B)(iv); Local Code T4.  The interests of justice served by granting this continuance
5  outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §
6  3161(h)(8)(A).

DATED:  March 19, 2010

                                    Respectfully submitted,

                                  /s/ Preeti Bajwa_____
                                 PREETI K. BAJWA
                                 Attorney for Defendant
                                 ADAN GONZALEZ-VILLEGAS


DATED: March 19, 2010                  BENJAMIN WAGNER
                                 United States Attorney

                                  /s/ Michael Anderson_____
                                 MICHAEL ANDERSON
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

## **ORDER**

IT IS SO ORDERED. Time is excluded from today's date through and including April 12, 2010 in the interests of justice pursuant to 18 U.S.C. section 3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: March 19, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE