1  Law Offices of Preeti K. Bajwa
2  Preeti K. Bajwa (SBN 232484)
3  901 H. Street, Suite 208
   Sacramento, CA 95814
4  (916) 444-7100

5  Attorney for Defendant
6  ADAN GONZALEZ-VILLEGAS

7

8                IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA          No. 2:09-CR-454 FCD

12            Plaintiff,             STIPULATION AND  ORDER

13     vs.                           DATE: April 12, 2010
                                     TIME: 10:00 a.m.
14 ADAN GONZALEZ-VILLEGAS            JUDGE: Hon. Frank C. Damrell, Jr.

15

16            Defendant.
   _____

17       It is hereby stipulated and agreed to between the United States of America through

18 Michael Anderson, Assistant U.S. Attorney, and the defendant, ADAN GONZALEZ-

19 VILLEGAS by and through his counsel, PREETI K. BAJWA, Attorney at Law, that the status

20

21 conference set for Monday April 12, 2010 be continued to Monday, May 10, 2010

22 at 10:00 a.m.

23       The reason for this continuance is to allow defense counsel additional time to review

24 discovery with the defendant, to examine possible defenses and to continue investigating the

25

26 facts of the case. Additionally, defense counsel is presently engaged in a jury trial.

27

28

1    Accordingly, the parties believe that the continuance should be excluded from the

2    calculation of time under the Speedy Trial Act.  The additional time is necessary to ensure

3

4    effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §

5    3161(h)(8)(B)(iv); Local Code T4.  The interests of justice served by granting this continuance

6    outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §

7    3161(h)(8)(A).

8

9    DATED:  April 9, 2010

10

11                                          Respectfully submitted,

12                                           /s/ Preeti Bajwa
                                            PREETI K. BAJWA
13                                          Attorney for Defendant
                                            ADAN GONZALEZ-VILLEGAS
14

15

16   DATED: April 9, 2010          BENJAMIN WAGNER
                                   United States Attorney
17

18                                  /s/ Michael Anderson
19                                 MICHAEL ANDERSON
                                   Assistant U.S. Attorney
20                                 Attorney for Plaintiff

21

22

23

24

25

26

27

28

Stipulation & Order Gonzalez-Villegas 4.9.10.doc          - 2 -
04/09/10

1

2

## ORDER

3        IT IS SO ORDERED. Time is excluded from today's date through and including

4 February 12, 2010 in the interests of justice pursuant to 18 U.S.C. section

5

6 3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

7

8 DATED: April 9, 2010

9                                                    _____

10                                                FRANK C. DAMRELL, JR.

11                                                UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28