Law Offices of Preeti K. Bajwa
Preeti K. Bajwa (SBN 232484)
901 H. Street, Suite 208
Sacramento, CA 95814
(916) 444-7100

Attorney for Defendant
ADAN GONZALEZ-VILLEGAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, vs. ADAN GONZALEZ-VILLEGAS, Defendant. | No. 2:09-CR-454 FCD<br><br>AMENDED STIPULATION AND ORDER<br><br>DATE: May 10, 2010<br>TIME: 10:00 a.m.<br>JUDGE: Frank C. Damrell, Jr. |
|---|---|

It is hereby stipulated and agreed to between the United States of America through Michael Anderson, Assistant U.S. Attorney, and the defendant, ADAN GONZALEZ-VILLEGAS by and through his counsel, PREETI K. BAJWA, Attorney at Law, that the status conference set for Monday May 10, 2010 be continued to Monday, June 28, 2010 at 10:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case. Additionally, defense counsel is presently engaged in a jury trial.

~3387878.doc
05/07/10

- 1 -

1  Accordingly, the parties believe that the continuance should be excluded from the
2  calculation of time under the Speedy Trial Act.  The additional time is necessary to ensure
3  effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §
4  3161(h)(8)(B)(iv); Local Code T4.  The interests of justice served by granting this continuance
5  outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §
6  3161(h)(8)(A).

DATED:  May 6, 2010

                        Respectfully submitted,

                       /s/ Preeti Bajwa_____
                      PREETI K. BAJWA
                      Attorney for Defendant
                      ADAN GONZALEZ-VILLEGAS


DATED: May 6, 2010             BENJAMIN WAGNER
                      United States Attorney

                       /s/ Michael Anderson_____
                      MICHAEL ANDERSON
                      Assistant U.S. Attorney
                      Attorney for Plaintiff

## **ORDER**

IT IS SO ORDERED. Time is excluded from today's date through and including June 28, 2010 in the interests of justice pursuant to 18 U.S.C. section 3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: May 7, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE