1  Law Offices of Preeti K. Bajwa
2  Preeti K. Bajwa (SBN 232484)
3  901 H. Street, Suite 208
   Sacramento, CA 95
4  (916) 444-7100

5  Attorney for Defendant
6  ADAN GONZALEZ-VILLEGAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | No. 2:09-CR-454 FCD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: June 28, 2010 |
| | TIME: 10:00 a.m. |
| ADAN GONZALEZ-VILLEGAS | JUDGE: Hon. Frank C. Damrell, Jr. |
| Defendant | |

It is hereby stipulated and agreed to between the United States of America through Michael Anderson, Assistant U.S. Attorney, and the defendant, ADAN GONZALEZ-VILLEGAS by and through his counsel, PREETI K. BAJWA, Attorney at Law, that the status conference set for Monday June 28, 2010 be continued to Monday, August 16, 2010 at 10:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Accordingly, the parties believe that the continuance should be excluded from the calculation of time under the Speedy Trial Act.  The additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.  The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

DATED:  June 25, 2010

                    Respectfully submitted,

                    _/s/ Preeti Bajwa_____
                    PREETI K. BAJWA
                    Attorney for Defendant
                    ADAN GONZALEZ-VILLEGAS

DATED: June 25, 2010          BENJAMIN WAGNER
                    United States Attorney

                    _/s/ Michael Anderson_____
                    MICHAEL ANDERSON
                    Assistant U.S. Attorney
                    Attorney for Plaintiff

## **ORDER**

IT IS SO ORDERED. Time is excluded from today's date through and including August 16, 2010 in the interests of justice pursuant to 18 U.S.C. section 3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: June 25, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE