Law Offices of Preeti K. Bajwa
Preeti K. Bajwa (SBN 232484)
901 H. Street, Suite 208
Sacramento, CA 95814
(916) 444-7100

Attorney for Defendant
ADAN GONZALEZ-VILLEGAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 2:09-CR-454 FCD |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: August 16, 2010<br>TIME: 10:00 a.m. |
| ADAN GONZALEZ-VILLEGAS | JUDGE: Hon. Frank C. Damrell, Jr. |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through

Michael Anderson, Assistant U.S. Attorney, and the defendant, ADAN GONZALEZ-

VILLEGAS by and through his counsel, PREETI K. BAJWA, Attorney at Law, that the status

conference set for Monday August 16, 2010 be continued to Monday, August 23 2010

at 10:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review

discovery with the defendant, to examine possible defenses and to continue investigating the

facts of the case.

1    Accordingly, the parties believe that the continuance should be excluded from the

2  calculation of time under the Speedy Trial Act.  The additional time is necessary to ensure

3  effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §

4  3161(h)(8)(B)(iv); Local Code T4.  The interests of justice served by granting this continuance

5  outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §

6  3161(h)(8)(A).

7

8

9  DATED:  August 13, 2010

10

11                                    Respectfully submitted,

12                                     /s/ Preeti Bajwa
                                      PREETI K. BAJWA
13                                    Attorney for Defendant
                                      ADAN GONZALEZ-VILLEGAS
14

15

16  DATED: August 13, 2010            BENJAMIN WAGNER
17                                    United States Attorney

18                                     /s/ Michael Anderson
19                                    MICHAEL ANDERSON
                                      Assistant U.S. Attorney
20                                    Attorney for Plaintiff

21

22

23

24

25

26

27

28

1

## **ORDER**

2

3          IT IS SO ORDERED. Time is excluded from today's date through and including

4  August 23, 2010 in the interests of justice pursuant to 18 U.S.C. section

5

6  3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

7

8

9  DATED: August 13, 2010

10                                                    FRANK C. DAMRELL, JR.
                                                      UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28