Law Offices of Preeti K. Bajwa
Preeti K. Bajwa (SBN 232484)
901 H. Street, Suite 208
Sacramento, CA 95814
(916) 444-7100

Attorney for Defendant
ADAN GONZALEZ-VILLEGAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | No. 2:09-CR-454 |
|---|---|
| Plaintiff, | AMENDED STIPULATION AND ORDER |
| vs. | |
| ADAN GONZALEZ-VILLEGAS | DATE: August 30, 2010<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Dammrell |
| Defendant | |

It is hereby stipulated and agreed to between the United States of America through Michele Beckwith, Assistant U.S. Attorney, and the defendant, ADAN GONZALEZ-VILLEGAS by and through his counsel, PREETI K. BAJWA, Attorney at Law, that the status conference set for Monday August 30, 2010 be continued to Monday, October 18, 2010 at 10:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Accordingly, the parties believe that the continuance should be excluded from the calculation of time under the Speedy Trial Act. The additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

DATED: August 26, 2010

    Respectfully submitted,

     /s/ Preeti Bajwa  
    PREETI K. BAJWA  
    Attorney for Defendant  
    ADAN GONZALEZ-VILLEGAS

DATED: August 26, 2010    BENJAMIN WAGNER  
    United States Attorney

     /s/ Michele Beckwith  
    MICHELE BECKWITH  
    Assistant U.S. Attorney  
    Attorney for Plaintiff

## **ORDER**

IT IS SO ORDERED. Time is excluded from today's date through and including October 18, 2010 in the interests of justice pursuant to 18 U.S.C. section 3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: August 26, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE